# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James D. Wright,

    Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                      3:12-cv-380

Stonemor Partners LLP, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2012 Order.

                                                         Signed: September 12, 2012

*[signature]*

Frank G. Johns, Clerk
United States District Court