# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James D. Wright,

    Plaintiff(s),                                    JUDGMENT IN A CIVIL CASE

vs.                                                    3:12-cv-380

Stonemor Partners LLP, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2012 Order.

                                                    Signed: September 12, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court